**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

Daniel Vogel, Jr.,
Jennifer Vogel,

DEBTORS.
______________________________________/

CHAPTER 13
CASE NO. 17-42378-PJS
JUDGE PHILLIP J. SHEFFERLY

**TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. Based upon the debtor's testimony at the First Meeting of Creditors, the debtor has a written lease with Sharon Valley that the debtors fail to treat in the debtors' Chapter 13 Plan. Further, the debtors have failed to disclose this obligation on the debtors' Schedule G nor on the debtors' matrix. Accordingly, the debtors' Plan may fail to comply with 11 U.S.C. Section 1325.

2. The Plan fails to provide that 100% of profit sharing funds and/or bonuses received or entitled to be received by the debtors since commencement of the debtors' case be remitted to the Trustee for distribution among creditors as required by 11 U.S.C. Section 1325(b) and *In re Freeman*, 86 F.3d 478 (6th Cir., 1996).

3. Based upon the debtors' Schedule J filed in this matter, the debtors have included home maintenance and utility expenses, however, based upon the debtors' testimony at the First Meeting of Creditors, the maintenance and utility expenses are included in the $700.00 per month rental expense. As it does not appear that the debtors' Schedule J accurately reflects the debtors' current expenses, the Trustee requests the debtors amend Schedule J accordingly. Absent further information, the debtors' Plan fails to comply with 11 U.S.C. Section 1325.

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtors' Chapter 13 Plan unless modified to meet these objections.

OFFICE OF DAVID WM. RUSKIN, STANDING
CHAPTER 13 TRUSTEE

Dated: April 24, 2017

By: ___/s/ Lisa K. Mullen______
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

CHAPTER 13
CASE NO. 17-42378-PJS
JUDGE PHILLIP J. SHEFFERLY

Daniel Vogel, Jr.,
Jennifer Vogel,

DEBTORS.
_______________________________________/

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

I hereby certify that on April 24, 2017, I electronically filed the Trustee's Objections to Confirmation of Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

FREGO & ASSOCIATES - THE BANKRUPTCY LAW OFFICE PLC
23843 JOY ROAD
DEARBORN HEIGHTS, MI 48127-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

Daniel Vogel, Jr.
Jennifer Vogel
7215 Schneider Rd
Manchester, MI 48158-0000

______/s/ Vanessa Wild____________
Vanessa Wild
For the Office of David Wm. Ruskin
Chapter 13 Standing Trustee - Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755